626 S.E.2d 887

**In the Matter of Craig J. POFF, Respondent.**

Supreme Court of South Carolina.

Feb. 14, 2006.

## ORDER

Respondent was suspended on December 12, 2005, for a period of sixty days. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

JEAN H. TOAL, CHIEF JUSTICE

/s/ Daniel E. Shearouse
Clerk